UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO ONTIVEROS HEMER,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT,<br><br>Respondent. | Case No. 1:26-cv-03849-KES-HBK (HC)<br><br>ORDER GRANTING PETITIONER'S INITIAL MOTION TO PROCEED *IN FORMA PAUPERIS* AND DENYING AS MOOT SECOND MOTION<br><br>(Docs. 2, 7) |

Pending before the Court are Petitioner's motions to proceed *in forma pauperis* (Docs. 2, 7). Petitioner's declarations in support of his initial motion satisfies 28 U.S.C. § 1915, and that motion will be granted. The second motion is therefore denied as moot.

Accordingly, it is ORDERED:

1. Petitioner's motion to proceed *in forma pauperis* (Doc. 2) is GRANTED.

2. Petitioner's second motion to proceed *in forma pauperis* (Doc. 7) is DENIED AS MOOT.

Dated:     June 20, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE